# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOANDEPOT.COM LLC,<br><br>  Plaintiff,<br>v.<br><br>LENDING DEPOT MORTGAGE,<br><br>  Defendant. | Case No.:  CV 20-7820-CBM-(JPRx)<br><br>**PERMANENT INJUNCTION** |

Consistent with the Order re: Plaintiff's Motion for Default Judgment and Permanent Injunction, IT IS HEREBY ORDERED THAT Defendant Lending Depot Mortgage ("Defendant"), its agents, servants, employees, attorneys, and any and all persons in active concert or participation with any of them, are permanently enjoined from engaging in any of the following acts:

  a. Using the LOANDEPOT Mark, or any mark confusingly similar to the LOANDEPOT Mark (such as the LENDING DEPOT Mark), in connection with the unauthorized marketing, promotion, advertising, sale, or distribution of any products and services in a manner likely to confuse consumers as to the association, affiliation, endorsement, or sponsorship of Plaintiff;

  b. Representing (either orally or in writing) that its business is affiliated with, or approved by, Plaintiff in any way in

marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any business; and

    c.    Registering, using, trafficking in, or benefitting from Internet domain names that incorporate the LOANDEPOT Mark or incorporate words, numbers, or symbols that, collectively or in isolation, are confusingly similar to the LOANDEPOT Mark (such as the LENDING DEPOT Mark), including that Defendant shall cancel its domain registration (www.lendingdepot.com) using its LENDING DEPOT Mark.

Defendant shall notify Plaintiff in writing **no later than February 21, 2022** regarding the manner and form in which Defendant has complied with the foregoing injunction.

**IT IS SO ORDERED.**

SIGNED this 21st day of January 2022, at 10:58 a.m.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

2